**ORDERED ACCORDINGLY.**

**Dated: October 28, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-24854

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ronald Xavier Duran and Misty Dawn Duran<br>        Debtors.<br>_____<br>U.S. Bank, National Association<br>        Movant,<br>     vs.<br><br>Ronald Xavier Duran and Misty Dawn Duran,<br>Debtors, David M. Reaves, Trustee.<br><br>       Respondents. | No. 2:10-BK-23810-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #15) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 29, 2005 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Ronald Xavier Duran and Misty Dawn Duran have an interest in, further described as:

That portion of the Northeast quarter of the Northeast quarter of the Southeast quarter of Section 25, Township 5 North, Range 3 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:

COMMENCING at the Southeast corner of said Northeast quarter of the Northeast quarter of the Southeast quarter of Section 25;

THENCE South 89 degrees, 59 minutes, 36 seconds West along the South line of said Northeast quarter of the Northeast quarter of the Southeast quarter, a distance of 494.98 feet to the POINT OF BEGINNING;

THENCE continuing South 89 degrees, 59 minutes, 36 seconds West along said South line, a distance of 164.80 feet to the Southwest corner of said Northeast quarter of the Northeast quarter of the Southeast quarter;

THENCE North 00 degrees, 02 minutes, 51 seconds East along the West line of said Northeast quarter of the Northeast quarter of the Southeast quarter, a distance of 330.23 feet;

THENCE North 89 degrees, 59 minutes, 34 seconds East, a distance of 164.78 feet;

THENCE South 00 degrees, 02 minutes, 37 seconds West, a distance of 330.23 feet to the POINT OF BEGINNING;

EXCEPT all coal and other minerals as reserved in Patent from United States of America

Affidavit of Affixture recorded 2/10/03 in Instrument 20003-015058
Year: 2002
Make: Palm Harbour
Manufacturer: Palm Harbor Homes Inc.
Vin #: PH0226508X, PH0226508U

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.